No. 413. CONTINENTAL OIL CO. *v.* NATIONAL LABOR RELATIONS BOARD. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted, limited to the first and second questions presented by the petition. *Messrs. James J. Cosgrove,*

*Elmer L. Brock, John P. Akolt, E. R. Campbell,* and *Milton Smith* for petitioner. *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Charles Fahy, Robert B. Watts, Laurence A. Knapp,* and *Morris P. Glushien* for respondent.

